IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

                Plaintiff,

    vs.                          Case Number 2:25-mj-39

Carlos Gonzales Hernandez,         Magistrate Judge Chelsey M. Vascura

                Defendant.

<u>ORDER OF DETENTION PENDING TRIAL</u>

Defendant, represented by counsel, waived his/her right to a detention hearing under 18 U.S.C. §3142(f) and agreed to be detained in the custody of the United States Marshal pending final resolution of this matter.[1]

It is therefore **ORDERED** that defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                     *s/Chelsey M. Vascura*
                                     CHELSEY M. VASCURA
                                     U.S. MAGISTRATE JUDGE

---

[1] A detention hearing will be rescheduled upon written motion.